UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                BANKRUPTCY NO. 18-21707 JAD
Timothy M. Zeffe
Darla S. Zeffe,                                                       CHAPTER NO. 13
          Debtor(s),

PNC BANK, NATIONAL ASSOCIATION,
          Movant,
v.

Timothy M. Zeffe
Darla S. Zeffe,
          Respondent(s).

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF PNC BANK NATIONAL ASSOCIATION TO ALLOW FILING OF CLAIM**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **August 27, 2018** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once.

    A hearing will be held on **Tuesday, September 18, 2018 at 10:00AM** before Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

**Date of Service: August 8, 2018**             **/s/ James C. Warmbrodt, Esquire**
                                                                      James C. Warmbrodt, Esquire
                                                                      Att ID: 42524
                                                                      KML Law Group, P.C.
                                                                      BNY Mellon Independence Center
                                                                      701 Market Street, Suite 5000
                                                                      Philadelphia, PA 19106
                                                                      215-627-1322
                                                                      jwarmbrodt@kmllawgroup.com