**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

| | |
|---|---|
| IN RE:  Timothy M. Zeffe<br>         Darla S. Zeffe<br>                              Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>                    Moving Party<br>          vs. | NO. 18-21707 JAD |
| Timothy M. Zeffe<br>Darla S. Zeffe<br>                              Debtor(s) | Doc. # 25 |
| Ronda J. Winnecour<br>                    Trustee | FILED<br>9/11/18 10:29 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

**ORDER ALLOWING FILING OF CLAIM**

AND NOW, this 11th day of September, 2018, upon Motion of PNC BANK NATIONAL ASSOCIATION, its successors and/or assigns, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim.

_____ jsf
United States Bankruptcy Judge

cc:
Timothy M. Zeffe
709 Henry Street
Belle Vernon, PA 15012

Darla S. Zeffe
709 Henry Street
Belle Vernon, PA 15012

Christopher M. Frye Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
701 Market Street, Suite 5000
Pittsburgh, PA 15276

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Timothy M. Zeffe
Darla S. Zeffe
    Debtors

Case No. 18-21707-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Sep 11, 2018
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
db/jdb         +Timothy M. Zeffe,    Darla S. Zeffe,    709 Henry Street,    Belle Vernon, PA 15012-1516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:
         Christopher M. Frye    on behalf of Joint Debtor Darla S. Zeffe chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Christopher M. Frye    on behalf of Debtor Timothy M. Zeffe chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         James    Warmbrodt    on behalf of Creditor    PNC Bank National Association bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                          TOTAL: 6