**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Timothy M. Zeffe**
**Darla S. Zeffe**
   Debtor(s)

Bankruptcy Case No.: 18−21707−JAD

Chapter: 13
Docket No.: 42 − 41

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 29th of March, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 5/16/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **5/25/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **5/16/22.**

                                                            <u>Jeffery A. Deller</u>
                                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy M. Zeffe  
Darla S. Zeffe  
    Debtors

Case No. 18-21707-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 30, 2022      Form ID: 408      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy M. Zeffe, Darla S. Zeffe, 709 Henry Street, Belle Vernon, PA 15012-1516 |
| 14823608 | + | Amerifirst Finance, Po Box 2040, Omaha, NE 68103-2040 |
| 14823612 | + | Discover Card, Po Box 742655, Cincinnati, OH 45274-2655 |
| 14823617 |   | PNC Bank NA, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14823618 | + | PNC Overdraft Loan, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14823619 | + | PNC Visa Credit Card, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14823621 | + | Spruce Lending, Inc., Po Box 9207, Old Bethpage, NY 11804-9007 |
| 14823623 | + | United Bank, PO Box 2373, Charleston, WV 25328-2373 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 23:35:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 30 2022 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14876875 | | Email/Text: bnc@trustamerifirst.com | Mar 30 2022 23:35:00 | AmeriFirst Home Improvement Finance, 11171 Mill Valley Road, Omaha, NE 68154 |
| 14823611 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 23:44:21 | Citicard, Po Box 9001037, Louisville, KY 40290-1037 |
| 14868764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 23:44:17 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14823616 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 23:44:17 | Macy's Card, Po Box 9001094, Louisville, KY 40290 |
| 14983443 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 23:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14831927 | | Email/Text: mrdiscen@discover.com | Mar 30 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14823613 | + | Email/Text: dplbk@discover.com | Mar 30 2022 23:36:00 | Discover Personal Loan, Po Box 6105, Carol Stream, IL 60197-6105 |
| 14829237 | + | Email/Text: dplbk@discover.com | Mar 30 2022 23:36:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14823614 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 23:33:35 | JC Penney, Po Box 965009, Orlando, FL 32896-5009 |
| 14823610 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2022 23:33:35 | Chase Credit Card/Amazon, Po Box 94014, |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Palatine, IL 60094 |
| 14823609 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2022 23:34:01 | Chase Credit Card, Po Box 94014, Palatine, IL 60094 |
| 14823615 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 23:34:02 | Lowes Credit Card, Po Box 530914, Atlanta, GA 30353-0914 |
| 14878273 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2022 23:35:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14875849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 23:34:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14824635 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 30 2022 23:34:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14823620 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 23:44:19 | Sears Credit Card, Po Box 9001055, Louisville, KY 40290-1055 |
| 14823622 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 23:33:52 | Synchrony Financial, Po Box 960061, Orlando, FL 32896-0061 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14918502 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, Oh 44101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 01, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Darla S. Zeffe chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timothy M. Zeffe chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlag |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 30, 2022 | Form ID: 408 | Total Noticed: 27 |

er@steidl-steinberg.com;jseech@steidl-steinberg.com

Maria T. Capiral
    on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7