**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY M. ZEFFE<br>DARLA S. ZEFFE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:18-21707 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/30/2018 and confirmed on 6/19/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111,964.00 |
| Less Refunds to Debtor | 7,060.87 | |
| TOTAL AMOUNT OF PLAN FUND | | 104,903.13 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 5,269.60 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,669.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   UNITED BANK | 0.00 | 10,800.00 | 0.00 | 10,800.00 |
|     Acct: 0896 | | | | |
|   PNC BANK NA | 16,324.29 | 16,324.29 | 1,875.81 | 18,200.10 |
|     Acct: 7889 | | | | |
| | | | | 29,000.10 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY M. ZEFFE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY M. ZEFFE | 7,060.87 | 7,060.87 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
|   AMERIFIRST HOME IMPROVEMENT FINAI | 11,154.85 | 11,154.85 | 0.00 | 11,154.85 |
|     Acct: 9788 | | | | |
|   CHASE(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4909 | | | | |
|   CHASE(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6087 | | | | |
|   CITIBANK NA(\*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4286 | | | | |
|   DISCOVER BANK(\*) | 12,197.88 | 12,197.88 | 0.00 | 12,197.88 |
|     Acct: 9244 | | | | |
|   DISCOVER PERSONAL LOANS\*\* | 13,718.68 | 13,718.68 | 0.00 | 13,718.68 |
|     Acct: 3477 | | | | |
|   JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4845 | | | | |
|   LOWES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3921 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 587.42 | 587.42 | 0.00 | 587.42 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 3850 | | | | |
| | PNC BANK NA | 4,997.18 | 4,997.18 | 0.00 | 4,997.18 |
| | Acct: 5851 | | | | |
| | PNC BANK NA | 12,705.73 | 12,705.73 | 0.00 | 12,705.73 |
| | Acct: 5964 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6094 | | | | |
| | SPRUCE LENDING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5974 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 11,871.69 | 11,871.69 | 0.00 | 11,871.69 |
| | Acct: 7903 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3850 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3921 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 67,233.43 |

TOTAL PAID TO CREDITORS                                                                                96,233.53

TOTAL CLAIMED
PRIORITY            0.00
SECURED        16,324.29
UNSECURED      67,233.43


Date: 03/25/2022                                               /s/ Ronda J. Winnecour

                                                               RONDA J WINNECOUR PA ID #30399
                                                               CHAPTER 13 TRUSTEE WD PA
                                                               600 GRANT STREET
                                                               SUITE 3250 US STEEL TWR
                                                               PITTSBURGH, PA  15219
                                                               (412) 471-5566
                                                               cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TIMOTHY M. ZEFFE
    DARLA S. ZEFFE
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:18-21707 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 18-21707-JAD
Timothy M. Zeffe                                                           Chapter 13
Darla S. Zeffe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: auto       Page 1 of 3
Date Rcvd: Mar 30, 2022       Form ID: pdf900       Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy M. Zeffe, Darla S. Zeffe, 709 Henry Street, Belle Vernon, PA 15012-1516 |
| 14823608 | + | Amerifirst Finance, Po Box 2040, Omaha, NE 68103-2040 |
| 14823612 | + | Discover Card, Po Box 742655, Cincinnati, OH 45274-2655 |
| 14823617 | | PNC Bank NA, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14823618 | + | PNC Overdraft Loan, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14823619 | + | PNC Visa Credit Card, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14823621 | + | Spruce Lending, Inc., Po Box 9207, Old Bethpage, NY 11804-9007 |
| 14823623 | + | United Bank, PO Box 2373, Charleston, WV 25328-2373 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 23:35:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 30 2022 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14876875 | | Email/Text: bnc@trustamerifirst.com | Mar 30 2022 23:35:00 | AmeriFirst Home Improvement Finance, 11171 Mill Valley Road, Omaha, NE 68154 |
| 14823611 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 23:44:19 | Citicard, Po Box 9001037, Louisville, KY 40290-1037 |
| 14868764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 23:44:19 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14823616 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 23:44:19 | Macy's Card, Po Box 9001094, Louisville, KY 40290 |
| 14983443 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2022 23:35:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14831927 | | Email/Text: mrdiscen@discover.com | Mar 30 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14823613 | + | Email/Text: dplbk@discover.com | Mar 30 2022 23:36:00 | Discover Personal Loan, Po Box 6105, Carol Stream, IL 60197-6105 |
| 14829237 | + | Email/Text: dplbk@discover.com | Mar 30 2022 23:36:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14823614 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 23:34:02 | JC Penney, Po Box 965009, Orlando, FL 32896-5009 |
| 14823610 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2022 23:33:35 | Chase Credit Card/Amazon, Po Box 94014, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Palatine, IL 60094 |
| 14823609 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2022 23:33:35 | Chase Credit Card, Po Box 94014, Palatine, IL 60094 |
| 14823615 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 23:33:36 | Lowes Credit Card, Po Box 530914, Atlanta, GA 30353-0914 |
| 14878273 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 30 2022 23:35:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14875849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2022 23:44:19 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14824635 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 30 2022 23:34:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14823620 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2022 23:44:19 | Sears Credit Card, Po Box 9001055, Louisville, KY 40290-1055 |
| 14823622 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 30 2022 23:33:53 | Synchrony Financial, Po Box 960061, Orlando, FL 32896-0061 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14918502 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, Oh 44101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022         Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Darla S. Zeffe chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timothy M. Zeffe chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlag |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 30, 2022 | Form ID: pdf900 | Total Noticed: 27 |

er@steidl-steinberg.com;jseech@steidl-steinberg.com

Maria T. Capiral
    on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7