<table>
<tr><td colspan="2"><strong>Information to identify the case:</strong></td></tr>
</table>

| Debtor 1 | Timothy M. Zeffe | | Social Security number or ITIN   xxx–xx–4927 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Darla S. Zeffe | | Social Security number or ITIN   xxx–xx–6100 |
| | First Name    Middle Name    Last Name | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–21707–JAD

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy M. Zeffe                              Darla S. Zeffe

<u>5/18/22</u>

**By the court:** <u>Jeffery A. Deller</u>
                              United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 18-21707-JAD |
|---|---|
| Timothy M. Zeffe | Chapter 13 |
| Darla S. Zeffe | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy M. Zeffe, Darla S. Zeffe, 709 Henry Street, Belle Vernon, PA 15012-1516 |
| 14823608 | + | Amerifirst Finance, Po Box 2040, Omaha, NE 68103-2040 |
| 14823612 | + | Discover Card, Po Box 742655, Cincinnati, OH 45274-2655 |
| 14823617 | | PNC Bank NA, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14823618 | + | PNC Overdraft Loan, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14823619 | + | PNC Visa Credit Card, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14823621 | + | Spruce Lending, Inc., Po Box 9207, Old Bethpage, NY 11804-9007 |
| 14823623 | + | United Bank, PO Box 2373, Charleston, WV 25328-2373 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | May 19 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | May 19 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr + | EDI: Q3G.COM | May 19 2022 03:33:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr + | Email/Text: ebnpeoples@grblaw.com | May 18 2022 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14876875 | Email/Text: bnc@trustamerifirst.com | May 18 2022 23:36:00 | AmeriFirst Home Improvement Finance, 11171 Mill Valley Road, Omaha, NE 68154 |
| 14823611 + | EDI: CITICORP.COM | May 19 2022 03:33:00 | Citicard, Po Box 9001037, Louisville, KY 40290-1037 |
| 14868764 + | EDI: CITICORP.COM | May 19 2022 03:33:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14823616 + | EDI: CITICORP.COM | May 19 2022 03:33:00 | Macy's Card, Po Box 9001094, Louisville, KY 40290 |
| 14983443 | EDI: Q3G.COM | | |

District/off: 0315-2                          User: auto                                      Page 2 of 3

Date Rcvd: May 18, 2022                       Form ID: 3180W                               Total Noticed: 29

| | | | |
|---|---|---|---|
| | | May 19 2022 03:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14831927 | EDI: DISCOVER.COM | | |
| | | May 19 2022 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14823613 | + EDI: DISCOVERPL | | |
| | | May 19 2022 03:33:00 | Discover Personal Loan, Po Box 6105, Carol Stream, IL 60197-6105 |
| 14829237 | + EDI: DISCOVERPL | | |
| | | May 19 2022 03:33:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14823614 | + EDI: RMSC.COM | | |
| | | May 19 2022 03:33:00 | JC Penney, Po Box 965009, Orlando, FL 32896-5009 |
| 14823609 | EDI: JPMORGANCHASE | | |
| | | May 19 2022 03:33:00 | Chase Credit Card, Po Box 94014, Palatine, IL 60094 |
| 14823610 | EDI: JPMORGANCHASE | | |
| | | May 19 2022 03:33:00 | Chase Credit Card/Amazon, Po Box 94014, Palatine, IL 60094 |
| 14823615 | + EDI: RMSC.COM | | |
| | | May 19 2022 03:33:00 | Lowes Credit Card, Po Box 530914, Atlanta, GA 30353-0914 |
| 14878273 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | May 18 2022 23:36:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14875849 | EDI: PRA.COM | | |
| | | May 19 2022 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14824635 | + EDI: RECOVERYCORP.COM | | |
| | | May 19 2022 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14823620 | + EDI: CITICORP.COM | | |
| | | May 19 2022 03:33:00 | Sears Credit Card, Po Box 9001055, Louisville, KY 40290-1055 |
| 14823622 | + EDI: RMSC.COM | | |
| | | May 19 2022 03:33:00 | Synchrony Financial, Po Box 960061, Orlando, FL 32896-0061 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14918502 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, Oh 44101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022                          Signature:          /s/Gustava Winters

District/off: 0315-2

Date Rcvd: May 18, 2022

User: auto

Form ID: 3180W

Page 3 of 3

Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Darla S. Zeffe chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timothy M. Zeffe chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7