IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
TIMOTHY M. ZEFFE
DARLA S. ZEFFE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-21707 JAD

Chapter 13

Document No.: 41

FILED
5/18/22 12:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this __18th__ day of __May__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Timothy M. Zeffe  
Darla S. Zeffe  
    Debtors

Case No. 18-21707-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: May 18, 2022      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy M. Zeffe, Darla S. Zeffe, 709 Henry Street, Belle Vernon, PA 15012-1516 |
| 14823608 | + | Amerifirst Finance, Po Box 2040, Omaha, NE 68103-2040 |
| 14823612 | + | Discover Card, Po Box 742655, Cincinnati, OH 45274-2655 |
| 14823617 | | PNC Bank NA, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14823618 | + | PNC Overdraft Loan, Po Box 747032, Pittsburgh, PA 15274-7032 |
| 14823619 | + | PNC Visa Credit Card, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14823621 | + | Spruce Lending, Inc., Po Box 9207, Old Bethpage, NY 11804-9007 |
| 14823623 | + | United Bank, PO Box 2373, Charleston, WV 25328-2373 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bnc-quantum@quantum3group.com | May 18 2022 23:36:00 | Department Store National Bank, PO Box 657, Kirkland, WA 98083-0657 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | May 18 2022 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14876875 | | Email/Text: bnc@trustamerifirst.com | May 18 2022 23:36:00 | AmeriFirst Home Improvement Finance, 11171 Mill Valley Road, Omaha, NE 68154 |
| 14823611 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2022 23:44:14 | Citicard, Po Box 9001037, Louisville, KY 40290-1037 |
| 14868764 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2022 23:44:14 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14823616 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2022 23:44:14 | Macy's Card, Po Box 9001094, Louisville, KY 40290 |
| 14983443 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2022 23:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14831927 | | Email/Text: mrdiscen@discover.com | May 18 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14823613 | + | Email/Text: dplbk@discover.com | May 18 2022 23:36:00 | Discover Personal Loan, Po Box 6105, Carol Stream, IL 60197-6105 |
| 14829237 | + | Email/Text: dplbk@discover.com | May 18 2022 23:36:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14823614 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:53 | JC Penney, Po Box 965009, Orlando, FL 32896-5009 |
| 14823610 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2022 23:33:36 | Chase Credit Card/Amazon, Po Box 94014, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Palatine, IL 60094 |
| 14823609 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 18 2022 23:33:53 | Chase Credit Card, Po Box 94014, Palatine, IL 60094 |
| 14823615 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:42 | Lowes Credit Card, Po Box 530914, Atlanta, GA 30353-0914 |
| 14878273 | | Email/Text: Bankruptcy.Notices@pnc.com | May 18 2022 23:36:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14875849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:33:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14824635 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2022 23:44:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14823620 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 18 2022 23:44:15 | Sears Credit Card, Po Box 9001055, Louisville, KY 40290-1055 |
| 14823622 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:33:53 | Synchrony Financial, Po Box 960061, Orlando, FL 32896-0061 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14918502 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, Oh 44101 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Darla S. Zeffe chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Timothy M. Zeffe chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: May 18, 2022 | Form ID: pdf900 | Total Noticed: 27

| | |
|---|---|
| Maria T. Capiral | on behalf of Creditor Department Store National Bank bk.mail@quantum3group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7